SUMMIT COUNTY SHERIFF, APPELLEE, *v.* FRATERNAL ORDER OF POLICE, OHIO LABOR COUNCIL, INC. ET AL., APPELLEES.

[Cite as *Summit Cty. Sheriff v. Fraternal Order of Police, Ohio Labor Council, Inc.,* 101 Ohio St.3d 190, 2004-Ohio-708.]

(No. 2003–0737—Submitted January 13, 2004—Decided March 3, 2004.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Miami Twp. Bd. of Trustees v. Fraternal Order of Police, Ohio Labor Council, Inc.* (1998), 81 Ohio St.3d 269, 690 N.E.2d 1262.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, WATSON and O'DONNELL, JJ., concur.

MICHAEL H. WATSON, J., of the Tenth Appellate District, sitting for O'CONNOR, J.

---

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Susan Baker Ross, Assistant Prosecuting Attorney, for appellee.

Gwen Callender, Paul L. Cox and Michael W. Piotrowski, for appellants.

Cloppert, Latanick, Sauter & Washburn and Robert W. Sauter, urging reversal for amicus curiae Fraternal Order of Police Capital City Lodge No. 9.